**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LG Display Co., Ltd.   v.   Obayashi Seikou Co., Ltd.

No. 14-1766

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   LG Display Co., Ltd.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Jamie B. Beaber
Law firm: Mayer Brown LLP
Address: 1999 K Street, N.W.
City, State and ZIP: Washington, DC 20006
Telephone: (202) 263-3153
Fax #: (202) 263-5209
E-mail address: jbeaber@mayerbrown.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 27, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/10/2014                              /s/ Jamie B. Beaber
Date                                    Signature of pro se or counsel

cc: Counsel via ECF

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  9/10/2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| Jamie B. Beaber | /s/ Jamie B. Beaber |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Mayer Brown LLP

Address: 1999 K Street, N.W.

City, State, ZIP: Washington, DC 20006

Telephone Number: (202) 263-3153

FAX Number: (202) 263-5209

E-mail Address: jbeaber@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.