# No. 14-1766

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

LG DISPLAY CO., LTD.,

        *Plaintiff - Appellant,*

– v. –

OBAYASHI SEIKOU CO., LTD., NAOTO HIROTA, SAKAE TANAKA,

        *Defendants - Appellees.*

Appeal from the United States District Court for the District of Columbia, Judge Contreras, No. 11-cv-1637

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

        Andrew J. Pincus
        Jamie B. Beaber
        Kfir Levy
        Paul W. Hughes
        Tiffany A. Miller
        MAYER BROWN LLP
        1999 K Street, N.W.
        Washington, D.C. 20006
        (202) 263-3000

*Counsel for Appellant*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, Andrew J. Pincus, counsel for LG Display Co., Ltd., certify the following:

1. The full name of the parties represented by me are:

LG Display Co., Ltd.

2. The name of the real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by me is:

Not applicable.

3. All parent corporations or any publicly held corporations that own 10% or more of the stock of Petitioners:

LG Electronics, Inc.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in this proceeding are:

MAYER BROWN LLP
Jamie B. Beaber
Andrew J. Pincus
Kfir Levy
Michael Maas
Paul W. Hughes
Tiffany A. Miller
Baldine Paul
Anita Lam

HISCOCK & BARCLAY, LLP
Alison Gelsleichter

STEPTOE & JOHNSON LLP
Roger Parkhurst

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Michael O'Shaughnessy
Richard Stroup

September 23, 2014

/s/ Andrew J. Pincus
Andrew J. Pincus

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), appellant LG Display Co., Ltd., respectfully moves for a 60-day extension of time to file its opening brief in this appeal. In support of this motion, undersigned counsel attest:

1. The opening brief of appellants is currently due on October 27, 2014. LG Display requests a 60-day extension of time, which will render its brief due on December 26, 2014.

2. This motion is timely filed pursuant to Fed. Cir. R. 26(b)(1).

3. LG Display has not previously requested an extension of time.

4. Defendants-appellees consent to this request.

5. There is good cause for this extension. To begin with, because the order below dismissed plaintiff's claims against defendants, the requested extension cannot prejudice defendants-appellees.

6. Additionally, undersigned counsel have several proximate obligations in this and other courts that provide good cause for an extension. These obligations include:

> a. September 25, 2014: brief in opposition due in *Roman Catholic Church of the Diocese of Baton Rouge v. Mayeux*, No. 14-220 (S. Ct.);

b. October 6, 2014: brief in opposition due in *Colorado v. Schaufele*, No. 14-266 (S. Ct.);

c. October 8, 2014: argument in *Lelo v. ITC*, No. 13-1582 (Fed. Cir.);

d. October 10, 2014: opening brief due in *Williams v. Grannis*, No. 13-17373 (9th Cir.);

e. October 27, 2014: opening brief due in *Sino Legend v. ITC*, No. 14-1478 (Fed. Cir.);

f. October 30, 2014: rehearing petition due in *Adame v. Holder*, No. 13-2405 (7th Cir.);

g. November 3, 2014: *amicus* brief due in *United States v. Zepeda*, No. 10-10131 (9th Cir.);

h. November 19, 2014: reply brief due in *Hana Financial, Inc. v. Hana Bank*, No. 13-1211 (S. Ct.).

## CONCLUSION

The Court should grant appellant a 60-day extension of time to file its opening brief, to and including December 26, 2014.

Respectfully submitted,

/s/ Andrew J. Pincus
Andrew J. Pincus
Jamie B. Beaber
Kfir Levy
Paul W. Hughes
Tiffany A. Miller
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
Fax: (202) 263-3300
apincus@mayerbrown.com

September 23, 2014

# No. 14-1766

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LG DISPLAY CO., LTD.,

*Plaintiff - Appellant,*

– v. –

OBAYASHI SEIKOU CO., LTD., NAOTO HIROTA, SAKAE TANAKA,

*Defendants - Appellees.*

Appeal from the United States District Court for the District of Columbia, Judge Contreras, No. 11-cv-1637

## DECLARATION OF ANDREW J. PINCUS

Pursuant to Fed. Cir. R. 26(b)(5) and 28 U.S.C. § 1746, I, Andrew J., Pincus, make the following declaration.

1. I am an attorney at Mayer Brown LLP and counsel for appellants

2. I and the lawyers working on this matter have the following obligations:

    a. September 25, 2014: brief in opposition due in *Roman Catholic Church of the Diocese of Baton Rouge v. Mayeux*, No. 14-220 (S. Ct.);

    b. October 6, 2014: brief in opposition due in *Colorado v. Schaufele*, No. 14-266 (S. Ct.);

    c. October 8, 2014: argument in *Lelo v. ITC*, No. 13-1582 (Fed. Cir.);

    d. October 10, 2014: opening brief due in *Williams v. Grannis*, No. 13-17373 (9th Cir.);

    e. October 27, 2014: opening brief due in *Sino Legend v. ITC*, No. 14-1478 (Fed. Cir.);

    f. October 30, 2014: rehearing petition due in *Adame v. Holder*, No. 13-2405 (7th Cir.);

    g. November 3, 2014: *amicus* brief due in *United States v. Zepeda*, No. 10-10131 (9th Cir.);

    h. November 19, 2014: reply brief due in *Hana Financial, Inc. v. Hana Bank*, No. 13-1211 (S. Ct.).

3.    Because of these commitments, the requested extension of time to file appellant's opening brief is necessary.

I declare under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

/s/ Andrew J. Pincus
Andrew J. Pincus
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
Fax: (202) 263-3300
apincus@mayerbrown.com

September 23, 2014

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 23, 2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Andrew J. Pincus | /s/ Andrew J. Pincus |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Mayer Brown LLP
Address: 1999 K Street NW
City, State, ZIP: Washington, DC 20006
Telephone Number: (202) 263-3000
FAX Number: (202) 263-3300
E-mail Address: apincus@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.