NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LG DISPLAY CO., LTD.,**
*Plaintiff – Appellant,*

v.

**OBAYASHI SEIKOU CO., LTD., NAOTO HIROTA, SAKAE TANAKA,**
*Defendants – Appellees.*

---

14-1766

---

Appeal from the United States District Court for the District of Columbia in case No. 1:11-cv-01637-RC, Judge Rudolph Contreras.

---

ON MOTION

O R D E R

Upon consideration of the Appellant LG Display Co., Ltd.'s unopposed motion to extend time to file its principal brief until December 29, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                                   FOR THE COURT

September 25, 2014               /s/ Daniel E. O'Toole
                                                   Daniel E. O'Toole
                                                   Clerk of Court

cc: Michael Joseph Barta
Jamie B. Beaber
Andrew George
Paul Whitfield Hughes
Kfir Levy
Tiffany A. Miller
Andrew John Pincus