NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LG DISPLAY CO., LTD.,**
*Plaintiff-Appellant,*

v.

**OBAYASHI SEIKOU CO., LTD., NAOTO HIROTA,**
AND **SAKAE TANAKA,**
*Defendants-Appellees.*

2014-1766

Appeal from the United States District Court for the District of Columbia in No. 1:11-cv-01637-RC, Judge Rudolph Contreras.

**ON MOTION**

**O R D E R**

LG Display Co., Ltd. files a Sealed Notice of Interested Party and a Sealed Motion for Court Determination Regarding Propriety of Filing Notice of Interested Party Under Seal. Obyashi Seikou Co., Ltd., Naoto Hirota, and Sakae Tanaka (collectively "Appellees") oppose. LG Display replies. Appellees move for leave to file a sur-reply under seal with sur-reply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The submissions listed above remain under seal at this time.

(2) Copies of the submissions will be transmitted to the merits panel for its determination of whether the information should be sealed in its discretion.

(3) The motion for leave to file a sur-reply and sur-reply shall be deferred to the merits panel assigned to this case. A copy of the motions papers and this order shall be transmitted to the merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25